United States Court of Appeals
FOR THE EIGHTH CIRCUIT

————————

No. 96-4131NE

————————

Twilia Phillips,                              *
                                             *
                 Appellant,                  *      Appeal from the United States
                                             *      District Court for the District of
        v.                                   *      Nebraska.
                                             *
Plum Creek Medical Group, P.C.,              *             [UNPUBLISHED]
                                             *
                 Appellee.                   *

————————

Submitted:  May 19, 1997
Filed:   May 30, 1997

————————

Before McMILLIAN, ROSS, and FAGG, Circuit Judges.

————————

PER CURIAM.

        Twilia Phillips appeals the district court's order granting summary judgment in this employment discrimination lawsuit.  Having carefully reviewed the record and the parties' briefs, we conclude Phillips is not entitled to relief.  Even assuming Phillips suffered an adverse employment action, there is no substantial evidence in the record tending to show the reason given by her employer was a pretext for age discrimination.  We agree with the district court's analysis and affirm without further discussion.  See 8th Cir. R. 47B.

        A true copy.

                Attest:

                        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.